In the Matter of ANNA " AA "*, a Person Alleged to be a Juvenile Delinquent, Appellant.— Appeal

---

* Fictitious name.

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.